**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6330**

———————

RICHARD ALLEN ADKINS, JR.,

Plaintiff - Appellant,

versus

KENNETH ROSEBOROUGH, Correctional Officer;
JAMES FITZGERALD, Correctional Officer,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Cameron McGowan Currie, District
Judge. (CA-95-2461-2-22AJ)

———————

Submitted: April 29, 1997          Decided: May 15, 1997

———————

Before WIDENER, MURNAGHAN, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard Allen Adkins, Jr., Appellant Pro Se. Michael Stephen
Pauley, LIDE, MONTGOMERY, POTTS & MEDLOCK, P.C., Columbia, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Adkins v. Roseborough</u>, No. CA-95-2461-2-22AJ (D.S.C. Feb. 11, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>